ANTHONY J. DECRISTOFORO, SBN 166171
anthony.decristoforo@ogletree.com
PAUL M. SMITH, SBN 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
500 Capitol Mall
Suite 2500
Sacramento, CA 95814
Telephone: 916-840-3150
Facsimile: 916-840-3159

Attorneys for Defendant CADENCE
EDUCATION, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER McGEE<br><br>Plaintiff,<br><br>v.<br><br>CADENCE EDUCATION, LLC and DOES 1 through 10, inclusive<br><br>Defendant. | Case No. 2:18-cv-01790-TLN-KJN<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION TO CONTINUE NON-EXPERT DISCOVERY AND RELATED TRIAL DEADLINES**<br><br>(Sacramento County Superior Court Case No. 34-2018-00232921)<br><br>Action Filed: May 11, 2018<br>Date of Removal: June 22, 2018<br><br>Judge: Hon. Troy L. Nunley |

18cv1790.stipo.021
4.mcgee

Based upon the foregoing Joint Stipulation to Continue Non-Expert Discovery Cut-Off and Related Trial Deadlines, signed and filed by Plaintiff AMBER McGEE and Defendant CADENCE EDUCATION, LLC, by and through their respective attorneys of record, and good cause appearing:

IT IS HEREBY ORDERED that:

1. The Non-Expert Discovery Cut-off is continued to August 19, 2019; and
2. All other deadlines calendared from the Non-Expert Discovery Cut-off shall be continued in accordance with the Court's Initial Pretrial Scheduling Order, including without limitation, the expert discovery and dispositive motion deadlines.

Dated: February 20, 2019

Troy L. Nunley
United States District Judge